UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

SCOTT C. THOMPSON, Acting Regional Director of the Tenth Region of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,

    Petitioner

        v.

RONALD BANKS D/B/A GENESIS INTEGRATIVE SOLUTIONS,

    Respondent

Civil No. 5:17-cv-34-TBR

## NOTICE OF FILING

To: Clerk of Court

As counsel for the Petitioner, I wish to have the clerk issue the attached summons.

    Respectfully submitted on March 13, 2017,

    /s/ Katherine E. V. Miller
    Katherine E. Miller, Counsel for Petitioner
    National Labor Relations Board
    Region 10 – Nashville Resident Office
    810 Broadway, Suite 302
    Nashville, TN
    Telephone: (629) 800-6265
    Facsimile: (615) 736/7761
    Email: Katherine.miller@nlrb.gov
    Missouri Bar No. 65249